

FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| National Association for the Advancement of Colored People | CASE NUMBER<br>CV09-1759 AHM (MANx) |
|---|---|
| Plaintiff(s)<br>v.<br>HSBC Mortgage Corporation (USA), *et al.*<br><br>Defendant(s). | ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Paul F. Hancock__
                                                          *Applicant's Name*

of __K&L Gates, LLP, Wachovia Financial Center, Suite 3900, 200 South Biscayne Boulevard, Miami, FL 331331-2399__
*Firm Name / Address*

__305.539.3300__                                __paul.hancock@klgates.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff   x Defendant

HSBC Mortgage Corporation (USA) and HSBC Bank USA, N.A.

and the designation of __Paul. W. Sweeney, Jr. (SBN 112511)__
                       *Local Counsel Designee /State Bar Number*

of __K&L Gates, LLP 10100 Santa Monica Blvd., 7th Floor, Los Angeles CA 90067__
*Local Counsel Firm / Address*

__310.552.5000__                                __paul.sweeney@klgates.com__
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated __MAY - 8 2009__                          _____
                                                U. S. District Judge/~~U.S. Magistrate Judge~~