1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE (NAACP), on behalf of itself and all others similarly situated, as well on behalf of the general public and acting in the public interest,<br><br>Plaintiff,<br><br>v.<br><br>HSBC MORTGAGE CORPORATION (USA) and HSBC BANK USA, N.A.,<br><br>Defendants. | Case No. 2:09-cv-01759-AJG(ANx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER RE: PARTIES' JOINT STIPULATION TO CONTINUE APRIL 18, 2011 STATUS CONFERENCE<br><br>Assigned to Hon. Andrew J. Guilford |

1  The Court, having read and considered the Joint Stipulation to Continue April
2  18, 2011 Status Conference of plaintiff National Association for the Advancement of
3  Colored People and defendants HSBC Bank USA, N.A. and HSBC Mortgage
4  Corporation (USA), and good cause appearing, hereby orders that:
5      1.   The status hearing, currently set for April 18, 2011, be continued to May
6  23, 2011.

**DENIED**

8  ~~IT IS SO ORDERED.~~
9  Dated: April 15, 2011

_____
The Honorable Andrew J. Guilford
United States District Judge