UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1759-AG(ANx) | | Date | June 27, 2011 |
|---|---|---|---|---|
| Title | NAACP, ET AL v HSBC MORTGAGE CORP. (USA), ET AL | | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Denise Paddock | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joshua Haffner | Paul Sweeney, Jr. |

**Proceedings:**   1. STATUS CONFERENCE
2. MOTION FOR REVIEW OF MAGISTRATE JUDGE'S DISCOVERY ORDER

Cause is called for hearing and counsel make their appearances. Court and counsel discuss the status of this matter. Defendant's Motion for Review of the Magistrate Judge's Discovery Order is continued to August 29, 2011 at 10:00 a.m.

Hearing on Defendants' Motion for Leave to Amend Answers to Add Affirmative Defenses is continued to September 12, 2011.

Hearing on Defendant's Phase One Motion for Summary Judgment is continued to November 14, 2011 at 10:00 a.m.

Order re Parties' Joint Stipulation to Further Continue Phase One Deadlines is signed and filed.

|  | : | 15 |
|---|---|---|
| Initials of Preparer | lmb | |